# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUTH ANN MCNEILL, as Trustee of the VICKREY FAMILY TRUST, on behalf of herself in her representative capacity and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>CITATION OIL & GAS CORP. (including affiliated predecessors and affiliated successors),<br><br>                Defendant. | Case No. 17-CIV-121-KEW |

## CLASS REPRESENTATIVE'S MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff and Class Representative, Ruth Ann McNeill, as Trustee of the Vickrey Family Trust, on behalf of herself and all others similarly situated, respectfully files this Motion for Final Approval, and hereby moves the Court for final approval of the:

    1.      Proposed class action Settlement;[1]

    2.      Notice of Settlement and Plan of Notice; and

    3.      Proposed Plan of Allocation and Distribution Order.

McNeill bases this Motion on the Settlement Agreement, the applicable law, and all pleadings and records on file in this matter, which are respectfully incorporated by reference as if set forth fully herein. McNeill also bases this Motion on her Memorandum of Law in Support of the Motion and the exhibits referenced therein. Both the Memorandum and exhibits are filed contemporaneously with this Motion.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Settlement Agreement (Dkt. No. 61-1).

McNeill's Proposed Order Approving Class Action Settlement and Final Judgment is attached as Exhibit 1 ("Final Approval Order"). McNeill's Proposed Plan of Allocation and Distribution Order is attached hereto as Exhibit 2.

McNeill respectfully requests the Court grant the relief listed above by entering the proposed Final Approval Order and the proposed Plan of Allocation and Distribution Order and grant any further relief to which the Court finds Class Representative and the Settlement Class entitled.

Respectfully Submitted,

s/ *Daniel H. Charest*

REAGAN E. BRADFORD, OBA No. 22072
W. MARK LANIER (*Pro Hac Vice*)
Texas State Bar No. 11934600
**The Lanier Law Firm**
*Houston Office:*
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
*Oklahoma Office:*
100 E. California Avenue, Suite 200
Oklahoma City, OK 73104
WML@lanierlawfirm.com
Reagan.Bradford@lanierlawfirm.com

-AND-

DANIEL H. CHAREST *(Pro Hac Vice)*
Texas State Bar No. 24057803
LARRY VINCENT *(Pro Hac Vice)*
Texas State Bar No. 20585590
SPENCER M. COX *(Pro Hac Vice)*
Texas State Bar No. 24097540
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

dcharest@burnscharest.com
lvincent@burnscharest.com
scox@burnscharest.com

-AND-

JUSTIN R. LANDGRAF
OBA No. 22204
Hisey & Landgraf
7 East Main Street
Armore, OK 73401
Telephone: (580) 226-6277
Facsimile: (580) 226-0571
jlandgraf@ardmoreattorneys.com

**CO-LEAD CLASS COUNSEL FOR THE SETTLEMENT CLASS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2018, a true and correct copy of the above and foregoing document was served in accordance with the Local Rules on all counsel of record via the Court's electronic filing system.

*s/ Daniel H. Charest*
Daniel H. Charest